### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLES HAGLER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CREDIT WORLD SERVICES, INC. )<br>)<br>Defendant. ) | Case No. 13-CV-02452-KHV-JPO |

### FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, Charles Hagler, by and through his attorneys, Addleman Law Firm, LLC, and for his First Amended Complaint against the Defendant, Credit World Services, Inc., Plaintiff states as follows:

### I.   PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II.   JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692 et seq., and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1337.

3. Venue is proper in the District of Kansas, Kansas City Courthouse pursuant to 28 U.S.C. § 1381(b). Plaintiff designates Kansas City, Kansas as the place of trial pursuant to local rule 40.2.

### III.   PARTIES

4. Charles Hagler, (hereinafter, "Plaintiff") is a natural person who resides in Olathe, Kansas, and is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

5. Credit World Services, Inc., (hereinafter, "Defendant Credit World") is a business entity engaged in the collection of debt within the State of Kansas. To the best knowledge and belief of Plaintiff, Defendant Credit World is a Kansas Corporation operating from 6000 Martway St., Shawnee Mission, KS 66202-3339, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## IV.   ALLEGATIONS

6. The debt allegedly owed by Plaintiff was incurred primarily for personal, family, or household services and is therefore a "debt" as that term is defined by U.S.C. § 1692a(5).

### *July 9, 2013 Collection Call to Charles Hagler*

7. On or about July 9, 2013, Plaintiff received a collection voice message from Defendant Credit World.

8. The message stated, "Hi, this message is for Charles. Please contact Bill Jackson at 913-362-3950 when you get a chance. My extension is like 281. Thank you."

9. This message constituted a communication as defined by the FDCPA, 15 USC § 1692a(2).

10. During the message, Defendant Credit World failed to provide the name of the debt collection company and failed to provide necessary information for Plaintiff to verify the legitimate nature of the call.

11. The message also failed to provide the required mini-Miranda to Plaintiff by stating he was a debt collector, that he was attempting to collect a debt and that any information obtained would be used for that purpose.

12. In its attempts to collect the debt allegedly owed by Plaintiff, Defendants' violated the FDCPA, 15 U.S.C. §1692, in one or more of the following ways:

   a. Failed to disclose in communications that said communication was from a debt collector and that any information obtained during the communication will be used for the purpose of collecting a debt in violation of 15 U.S.C. § 1692e(11);

   b. Failed to disclose the name of the debt collection company attempting to collect the debt in violation of 15 U.S.C. § 1692d(6);

   c. Used misleading and deceptive language in connection with the collection of the debt in violation of 15 U.S.C. § 1692d;

   d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

## V.   JURY DEMAND

13. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable in the District of Kansas, Kansas City Courthouse. US Const. amend. 7. Fed.R.Civ.P. 38.

## VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Charles Hagler, by and through his attorneys, respectfully prays for judgment as follows:

   a. All actual compensatory damages suffered pursuant to 15 U.S.C. § 1692k(a)(1) from Defendant Credit World;

   b. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) from Defendant Credit World;

   c. Plaintiff's attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant Credit World;

   d. Any other relief deemed appropriate by this Honorable court.

                                                Respectfully submitted,

Dated: March 11, 2014

                                                **Addleman Law Firm, LLC**

                                                <u>By:</u> **s/Andrew M. Esselman**
                                                **Andrew M. Esselman #26113**
                                                **Thomas A. Addleman #21104**
                                                **255 NW Blue Parkway, Suite 200**
                                                **Lee's Summit, MO 64063**
                                                **T: (816) 994-6200**
                                                **F: (816) 396-6240**

                                                **Attorneys for Plaintiff**