AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | | |
|---|---|---|
| CHARLES HAGLER | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 13-2452-DDC-JPO |
| | ) | |
| CREDIT WORLD SERVICES, INC. | ) | |
| *Defendant(s)* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* Credit World Services, Inc. recover costs from the plaintiff *(name)* Charles Hagler .

☐ **other:**
_____ .

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by  U.S. District Judge Daniel D. Crabtree  on a motion for  summary judgment


Date:  10/1/2014

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/ M. Stamper, Deputy Clerk
*Signature of Clerk or Deputy Clerk*